derrick family: hawthorne; *Plaintiff in Propria Persona*
c/o 4136 W. Jackson Blvd.
at Chicago, Province, Illinois [60624]

16-cv-02934
Judge John J. Tharp, Jr.
Magistrate Judge Young B. Kim

## UNITED STATES DISTRICT COURT
## NORTHERN ILLINOIS DISTRICT, EASTERN DIVISION

derrick family: hawthorne; a true man of God
AND THE PEOPLE OF THE STATE OF
ILLINOIS ex rel DARREY HAWTHORNE
    *Plaintiff(s)*

      vs.

SILVERLEAF FUNDING, LLC AS ASSIGNEE OF
WOODBRIDGE MORTGAGE FUND 1, LLC
TAFT STETTINIUS & HOLLISTER  Atty. FOR
SILVERLEAF FUNDING, BRIANNA SONSONE,
INDIVIDUALLY, INVERSE ASSET FUND,
ROBERT WOODS, INDIVIDUALLY, NEW PLAN
INC., JOSEPH DeBELLA, JR., INDIVIDUALLY
    *Defendant* (s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO: 15CV4443

VERIFIED COMPLAINT FOR
DAMAGES AND INJUNCTION

FILED

MAR – 8 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JURY TRIAL DEMANDED

---

**COMES NOW,** the Plaintiff(s) DERRICK HAWTHORNE, and THE PEOPLE OF

THE STATE OF ILLINOIS ex rel DERRICK HAWTHORNE claiming of the defendant(s) and

each of them as follows;

### INTRODUCTION

1. This action is an action brought by the Plaintiff(s) for violation of the Fair

Debt Collection Practices Act ("FDCPA"),15 U.S.C. §1692, Consumer Fraud and Deceptive

Business Practices Act ("CFA"), 815 Ill. Comp. Stat. Ann. § 505 *et sq.*, 815 ILCS 505 et seq.,

Illinois Collection Agency Act ("ICAA"), 225 Ill. Comp. Stat. Ann. § 425, 225 ILCS 425 et.

seq., Intentional Infliction of Emotional Distress, and Intrusion Upon Seclusion respectively.

### I.                       THE PARTIES

2. Plaintiff "DERRICK HAWTHORNE" now and at all times relevant to this action is a

Citizen/National. Plaintiffs the People of the State of Illinois ex rel derrick family: hawthorne are

at all times relevant to this action Illinoisans. Plaintiff(s)s are "consumers" as that term is defined

1

**II.**                           **JURISDICTION AND VENUE**

9.    The US District Court Northern Illinois District, Eastern Division has jurisdiction for

limited judicial review to ratify damages and injunction pursuant to 15 U.S.C.§1692 *et*, al,

and the court has jurisdiction over Plaintiffs state tort claims. Venue is proper as the

occurrences which give rise to this action took place in the state of Illinois. Therefore, venue

is proper in the US District Court Northern Illinois District.

**III.**                           **FACTUAL ALLEGATIONS**

10.    Plaintiff(s) brings this action regarding defendants and each of their continued

attempts to collect an alleged debt defendants claim is owed them. However, Plaintiff is without

knowledge of the alleged debt defendants purport to claim is owed.

11.    On or about April 15, 2014 Plaintiff received a communication thru the mails

titled "Verified Complaint" styled as Case No.: 14 CH 03063 from first counsel; which was

dated February 21, 2014 from Clark Hill PLC., then attorneys for defendants (who later

withdrew as counsel on or about February 21, 2015) (*see*, attached "Exhibit 1"). The forms make

numerous claims by the defendant(s) to Plaintiff regarding an alleged sale, tax deed, and

application for possession of property. Consequently, Plaintiff is without specific knowledge and

evidence that supports defendant's claims and allegations.

12.    The furnished defendant forms contain "copies" of publicly listed documents file

in the Cook County Recorder's office. The proffered document's fails to prove the existence of

the alleged debt owed to either defendant.

13.    On or about March 2, 2014 Defendant(s) Silverleaf Funding, LLC via Ebmond J.

Rooney acting as Process Server for Case# 14 CH 03063 falsified documents stating that he

served the initial Summons/Verified Complaint by leaving it with and family member/Co-resident. The family member/co-Resident Mr. Rooney claimed to have served is not a resident of that particular residence, nor is she a resident of Illinois. She was in fact at her place of employment the morning Mr. Rooney claimed to have served her. (*see*, attached affidavit "Exhibit 2"). Due Process is The Law of the Land and I was denied Equal Protection under the Laws. "I never received this Summons or Verified Complaint alleged to have served." Mr. Rooney blatant disregard for his duties as a Process Server, only served as an injustice to me hindering my process for remedy.

14.      Defendants failed to inform Plaintiff of his validation rights, and failed to service him any Miranda notice of an attempt to collect a debt by debt collectors. Plaintiff exercised his natural protections and right of private action and served upon them a Notice of Dispute of Debt pursuant to 15 USC§1692, FDCPA, evidenced by certified mail # 7014 0510 0002 3068 4159. (*see,* attached "Exhibit 3") The notice required the defendant "debt collector" to validate/verify their alleged debt pursuant to 15 USC§1692, provide accurate accounting of the alleged debt with complete chain of title, and authentic agreement Plaintiff signed extending his credit creating the debt.

15.      On or around September 24, 2015 Plaintiff issued a rescission notice of the consumer transaction, any related transaction, and consent order to defendants to protect his personal, family or household purposes and prevent being harmed by abusive conduct and unlawful behavior threatened by defendants acting in concert to collect a debt. (see, attached "Exhibit 4")

16.      On January 12, 2016, Plaintiff(s) filed and recorded Notice of Judgment and Final Order Pursuant Rescission on and for the tribunal record at the Circuit Court of Cook County,

Illinois, County Department-Chancery Division, to protect his personal, family, and household purposes and prevent irreparable substantial harm threatened and further conspiring by defendants and others in connection with collecting. (*see*, attached "Exhibit 5").

17.     On a Sunday, August 2, 2015 Robert Woods came to plaintiff(s) residence and left a note with a visiting family member. Even after plaintiff(s) stressed to Mr. Woods that no liability between plaintiff(s) and these alleged new owners existed Mr. Woods continued his attempts to communicate with plaintiff(s) without his consent. (see, attached "Exhibit 6")

18.     On or around March 3, 2016, Plaintiff and his family were threatened to be forcibly removed from their home by defendant New Plan, Inc., Joseph DeBella Jr., without first bringing such action before the judicial district; validating or obtaining verification; providing accurate accounting or chain of title; and, without providing an authentic agreement signed by Plaintiff or consent to communicate about any alleged debt. Plaintiff was verbally terrorized by Mr. DeBella, who stated "We can do this the hard way, or you can work with me and not get the Cook County Sheriffs to come sit you out." (Handing plaintiff a business card, five (5) day Notice, duplicated judicial Sale Deed, and a letter displaying Taft Stettinius & Hollister, LLP's letter head which clearly states that Mr DeBella was from New Plan Inc., and that he was authorized to act on Inverse Asset Fund LLC's behalf, and was not the alleged new owner as he so claimed. But; Mr. DeBella proceeded with his attacks continuously stating aloud that he was in-fact the new owner and that he had a right to be on plaintiff(s) land, even after plaintiff made him aware of the No Trespass signs displayed around plaintiff(s) property. Mr. DeBella also alleged that somehow plaintiff(s) owed an alleged $7500 in back rents. (also see, attached "Exhibit 6")

19.     Defendants criminal acts show reckless disregard for Plaintiffs rights violating

numerous protective orders; failure to comply with mandated consumer protection laws; failure to comply with Plaintiffs lawful enforcement actions; and, failure to provide validation and verification of any alleged debt, was shocking to the conscious of Plaintiff. (see, attached Affidavit/Notice of No Infringement of /on or to Occupants "Exhibit 7") Filed at The Cook County Recorder of Deeds 01/09/2015 Doc#: 1500944070.

20.     Plaintiff has suffered significant substantial irreparable harm as a result of the egregious conduct and behavior by each of the defendant(s).

21.     The above-detailed conduct by each of the Defendants has more to do with their unfair, deceptive and outrageous illegal acts in their attempt to collect the alleged debt, as opposed to any determined legitimacy of their alleged debt. The FDCPA, ICAA 225 Ill. Comp. Stat. Ann. § 425, 225 ILCS 425 et, al.; and, CFA, 815 Ill. Comp. Stat. Ann. §505, 815 ILCS 505 relates to the defendants even if they were collecting a legitimate debt.

22.     Plaintiffs asserts for the record Plaintiff asserts neither defendants are creditors nor did either defendant provide any credit to Plaintiff. Notwithstanding each of the defendants are "debt collectors" pursuant to 15 USC §1692a(6). Plaintiffs allege the FDCPA states in part;

The term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. **Notwithstanding the exclusion provided by clause (F) of the last sentence of this paragraph, the term includes any creditor who, in the process of collecting his own debts, uses any name other than his own which would indicate that a third person is collecting or attempting to collect such debts.** For the purpose of section 808(6), such term also includes any person who uses any instrumentality of interstate commerce or he mails in any business the principal purpose of which is the enforcement of security interests.

22.     15 U.S.C. § 1692(e) purposes:

(e) Purposes It is the purpose of this title to eliminate abusive debt collection practices by

debt collectors, to insure that those debt collectors who refrain from using abusive debt

collection practices are not competitively disadvantaged, and to promote consistent State

action to protect consumers against debt collection abuses.

23.     Plaintiff therefore seeks damages and permanent injunction as a result of

defendant's reckless acts and disregard for rights of others.

IV.                          **FIRST CAUSE OF ACTION**

**VIOLATION OF 15 U.S.C.§1692 FAIR DEBT COLLECTION PRACTICES ACT
SILVERLEAF, TAFT STETTINIUS & HOLLISTER, LLP., NEW PLAN, INC.,
BRIANNA SONSONE, ROBERT WOODS, JOSEPH DeBELLA, JR.,**

24.     Paragraphs 1-26 are re-alleged as though fully set out herein.

25.     Plaintiffs are "consumers" within the meaning of the FDCPA, 15 U.S.C.§1692a

(3).

26.     Defendant(s) Silverleaf Funding, LLC, Taft Stettinius & Hollister, LLP., Ms.

Sonsone, New Plan, Inc., Mr. DeBella, Robert Woods and Inverse Asset Funding, LLC are

"debt collectors" within the meaning of the 15 U.S.C.§1692a (6) attempting to collect a

"debt" within the meaning of 15 U.S.C § 1692a (5).

27.     15 USC§1692b (2) prohibits debt collectors communicating with anyone other

than the consumer seeking to obtain location information about a consumer from stating such

consumer owes a debt.  Defendants acting in concert did, in fact, file an action with a third

party circuit court petitioning assistance based upon an alleged debt claimed as owed filed by

Silverleaf, working in concert with Taft Stettinius & Hollister, LLP and Ms. Sansone as

signatory to the transaction.

28.     15 U.S.C. § 1692c (a) prohibits debt collectors from communicating with

consumers about a debt without first obtaining prior consent directly from the consumer, or

court of competent jurisdiction. It is specifically denied that the County Department-Chancery Division of the Circuit Court of Cook County is a proper venue for a debt collector seeking to effectuate "judicial" remedy to collect the alleged debt (Plaintiff's house).

29.    15 U.S.C. § 1692c prohibits defendants from communicating with any person about any alleged debt purportedly owed by Plaintiff(s) without obtaining requisite prior consent from Plaintiff, or a court of competent jurisdiction.

30.    Section (d) includes in the term "consumer" a spouse, parent (if the consumer is a minor), guardian, executor, or administrator. At no time should the defendants have stated, directly or indirectly, or communicated the Plaintiff owed a debt to any other person. Defendants were fully aware that each of them were/are *unable* to provide a performance contract executed by Plaintiffs, whereby Plaintiffs are obligated to defendants.

31.    Specifically defendant(s) Silverleaf Funding, LLC,  Taft Stettinius & Hollister, LLP., Ms. Sonsone, New Plan, Inc., Mr. DeBella, Robert Woods and Inverse Asset Funding, LLC knew, or should have known they were not entitled to take and enforce any legal action it could not lawfully take; forcibly oppress and harass consumers (spouse, family and household) by abusive communications; continuing to attempt to collect without validating or verifying its alleged debt in spite of receipt of the consumer's demand for validation; failing to obtain verification of the alleged debt and provide it to consumers, seizing property it had no right to seize, and destroying Plaintiffs peace of mind, privacy, family and household  are all *extreme* and *outrageous* violations of the protections applied by Plaintiff(s).  (see, attached "Exhibits 1-7)

32.    Plaintiffs served defendants and each of them were served with a Notice of Dispute in compliance with 15 USC§1692g. 15 USC 1692g requires defendant to provide Plaintiffs with verification of the alleged debt once received. 15 USC 1692g(5)(b) requires

defendants to cease all collection activity until the debt collector obtains *verification* of the alleged debt. Further, defendants should not have communicated with any other person about the alleged debt once the consumer notified the debt collector to cease communication about the debt. Rescission of the entire alleged transaction was noticed timely and by operation of law, is the final judgment and order to return any money or property given generally in connection with a consumer transaction. Defendants and each of them has failed to provide one scintilla of proof of their alleged debt. However, defendants continue to make attempts at collection of the alleged debt through engaging assistance of third parties and abusive business practices and methods to collect on the non-existent debt.

33. Defendants violated the FDCPA, and caused damages to Plaintiff by their failure to comply with the Act. Defendant's violations also include, but are not limited to the following;

   a. Defendants violated §1692d of the FDCPA by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of an alleged debt and;

   b. Defendants violated §1692j of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt;

   c. using unfair or unconscionable means to collect or attempt to collect a debt, in violation of 15 U.S.C. §1692f and;

   d. Defendants violated 15 USC§1692e by using false, deceptive, or misleading representation or means in connection with the collection of any defendant and;

   e. Defendants violated 15 USC§1692i requires debt collectors who bring legal actions against consumers only in a judicial district or similar legal entity.

34. Plaintiff(s) allege on and for the record Silverleaf, Taft Stettinius & Hollister, LLP

had numerous opportunities to treat Plaintiff(s) fairly, but instead chose to continue to employ unfair, abusive or misleading acts and practices to collect a debt in violation of the limitations against such misconduct by debt collectors.

35.    This court need not decide whether the conduct and behavior of Silverleaf Funding, LLC,  Taft Stettinius & Hollister, LLP., Ms. Sonsone, New Plan, Inc., Mr. DeBella, Robert Woods and Inverse Asset Funding, LLC violated the provisions of the FDCPA, the plain language of the enumerated protections and private right of action exercised by Plaintiff(s) enforcing protections against acts of defendants have made a determination of violation and liability upon defendants.

36.    Therefore defendants are liable to Plaintiff(s) for damages of mental stress; insomnia, embarrassment, loss of sleep, alienation of affection, and other related damages due to defendant's acts, 15 U.S.C. §1692ka(1) and (2).  Plaintiff(s) seek limited judicial review to ratify the damages accepted and ordered upon defendants for continued misconduct of $150,000.00 per defendant, 15 U.S.C. §1692k(d), and permanent injunction against such continued acts to prevent further irreparable harm.

V.                          **SECOND CAUSE OF ACTION**

**PRIVATE ATTORNEY GENERAL CLAIM**
**ILLINOIS COLLECTION AGENCY ACT**
225 Ill. Comp. Stat. Ann. § 425 et, al., 225 ILCS 425
**SILVERLEAF, TAFT STETTINIUS & HOLLISTER, LLP., NEW PLAN, INC.,**
**BRIANNA SONSONE, ROBERT WOODS, JOSEPH DeBELLA, JR.**
.,

37.    Paragraphs 1-36 are re-alleged as though fully set out herein.

38.    Plaintiff People of the State of Illinois ex rel. derrick family: hawthorne are

consumers within the meaning of 225 ILCS 425/1a (from Ch. 111, par. 2001a).

39.     This claim is against defendant(s) Silverleaf Funding, LLC, Taft Stettinius & Hollister, LLP., Ms. Sonsone, New Plan, Inc., Mr. DeBella, Robert Woods and Inverse Asset Funding, LLC, entities engaged in practice as a collection agency in the State of Illinois.

40.     The conduct and behavior employed by defendants filing of a petition for possession debt collection lawsuit, recording documents in the Cook County Recorder of Deeds office records and taking forcible non judicial action against Plaintiff(s) amount to an "exercise [of] the right to collect...."

41.     Defendants are engaged "in the business of collecting"

42.     Plaintiff is entitled to relief against Silverleaf Funding, LLC, Taft Stettinius & Hollister, LLP., Ms. Sonsone, New Plan, Inc., Mr. DeBella, Robert Woods and Inverse Asset Funding, LLC pursuant 225 ILCS 425/14a.

43.     225 ILCS 425/14a. also provides in part as follows: In case of violation of any injunctive order entered under the provisions of this Section, the court may summarily try and punish the offender for contempt of court. Such injunction proceedings shall be in addition to, and not in lieu of, all penalties and other remedies provided in this Act.

44.     Defendants are THEREFORE, liable to Plaintiffs and Plaintiffs are entitled to perpetual injunction against unlicensed acts of defendants, show cause hearing for contempt of court, attorney's fees, litigation expenses and costs of suit, 225 ILCS 425/14a (from Ch. 111, par. 2039a).

VI.                    **THIRD CAUSE OF ACTION**

**CONSUMER FRAUD and DECEPTIVE BUSINESS PRACTICES ACT**
815 Ill. Comp. Stat. Ann. § 505 *et, al.*, 815 ILCS 505
**SILVERLEAF, TAFT STETTINIUS & HOLLISTER, LLP., NEW PLAN, INC.,**
**BRIANNA SONSONE, ROBERT WOODS, JOSEPH DeBELLA, JR**

45.     Paragraphs 1-44 are re-alleged as though fully set out herein.

46.     Plaintiffs are injured persons as defined within 815 ILCS 505/10a (from Ch. 121 1/2, par. 270a), defendants are in business or practice of trade in commerce as defined in 815 ILCS 505/1(f) (from Ch.12 1/2, par. 261). Defendant's alleged debt is a consumer transaction, and consumer acts or practices in trade or commerce. This Act protects "consumers and legitimate business enterprises" by forbidding and declaring unlawful any "Unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce whether any person has in fact been misled, deceived or damaged thereby".

47.     Plaintiffs as a condition precedent sent Notice to each defendant in compliance with 815 ILCS 505/10a (h) (from Ch. 121 1/2, par. 270a (h)) (*see*, "Exhibit 3"). Therefore, each defendant was afforded ample opportunity to comply with the provisions set forth in 815 ILCS 505/6.1(from Ch. 121 1/2, par. 266.1), and avoid liability as set forth in 815 ILCS 505/7 (from Ch. 121 1/2, par. 267).

48.     Defendants intentional acts of communicating with Plaintiff about an alleged debt without authorization, bringing legal action to collect an alleged debt non judicially, taking and enforcing legal action on an alleged invalidated debt without verification; soliciting participation of third parties to forcibly oppress and harass consumers (spouse, family and household) embarrassing consumers; intending to create a belief the debt collection action as having approval or sponsorship it did not have; and, continuing to attempt to collect after cease and desist were notice and served. Defendants acts in providing multiple erroneous, fabricated documents and unfair and abusive acts constitutes an intentional, willful violation of the act. Plaintiffs even if the debt was legitimate, could make no true accounting of the amounts alleged by defendants. Plaintiffs on multiple occasions offered to pay the alleged debt if defendants could validate, and or provide a sensible computation of the amounts alleged to be

due and owing.

49.     Notwithstanding, neither of defendants claims has any merit, and due to the debt collector's misrepresentation of the nature, character, legal status and amount of the alleged debt, Plaintiffs are/were unable to make a legal or lawful determination in an effort to possibly satisfy the alleged debt if legitimate.

50.     Plaintiff(s) were significantly harmed by defendants' unfair, deceptive, and abusive debt collection activities. Plaintiff(s) have an unalienable right to protect family and personal property. Defendants tactics could have easily escalated to substantial public safety concerns. Plaintiffs harm includes extreme emotional distress, confusion, anxiety, significant harm to Plaintiff, his family, lost wages, embarrassment, extension abusive litigation and costs, and humiliation.

51.     Defendants are **therefore** liable to Plaintiffs, and Plaintiffs are entitled to recover permanent injunctive relief, restitution, and reasonable attorneys' fees, 815 ILCS 505/7 (from Ch. 121 1/2, par. 267) .

**VII.**                         **FOURTH CAUSE OF ACTION**

**INTRUSION UPON SECLUSION**
**SILVERLEAF, TAFT STETTINIUS & HOLLISTER, LLP., NEW PLAN, INC.,**
**BRIANNA SONSONE, ROBERT WOODS, JOSEPH DeBELLA, JR**

52.     1-51 are re-alleged as though fully set out herein.

53.     Defendant Silverleaf Funding, LLC, (s) Taft Stettinius & Hollister, LLP., Ms. Sonsone, New Plan, Inc., Mr. DeBella, Robert Woods and Inverse Asset Funding, LLC were aware of their wrongful conduct in creating an alleged debt Plaintiffs are not obligated to, or are not able to discern the amount and character of the alleged debt. Defendant(s) Silverleaf Funding, LLC, Taft Stettinius & Hollister, LLP., Ms. Sonsone, New Plan, Inc., Mr. DeBella,

distress caused to Plaintiff and his family for emotional, mental stress, insomnia, embarrassment, loss of sleep, anxiety, and other related damages due to defendant's acts.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

Dated: March 08, 2016

BY: _derrick Hawthorne_
CONSUMER, *Plaintiff*

derrick family: hawthorne
c/o 4136 W. Jackson Blvd.
Chicago, Province Illinois [60624]
(312) 363-7972

## VERIFICATION

The undersigned declares under penalty of perjury of the laws of the United States of America that the facts stated in the foregoing claim are believed to be true to the best of his knowledge.

BY: _derrick family: hawthorne_
derrick family: hawthorne, *Plaintiff*

# EXHIBIT 1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

SILVERLEAF FUNDING, LLC AS ASSIGNEE OF )
WOODBRIDGE MORTGAGE INVESTMENT )
FUND 1, LLC, )
                     )
              Plaintiff, )
                     )
     vs. )
                     )
HOME ELECTRONIC SOLUTIONS, )
INCORPORATED; DERRICK HAWTHORNE; )
UNKNOWN OWNERS, NON-RECORD )
CLAIMANTS, UNKNOWN TENANTS, )
OCCUPANTS and LEASEHOLDS, )
                     )
            Defendants.

2014CH03063
CALENDAR/ROOM 57
TIME 00:00
Case No.    Comm Mixed Comm/Res

Property Address:
4136 W. Jackson Blvd.
Chicago, IL 60624

### VERIFIED COMPLAINT FOR BREACH OF NOTE, FORECLOSE MORTGAGE, ASSIGNMENT OF RENTS, COMMERCIAL SECURITY AGREEMENT AND FIXTURE FILING AND BREACH OF COMMERCIAL GUARANTY

NOW COMES the Plaintiff, SILVERLEAF FUNDING, LLC AS ASSIGNEE OF

WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC, by and through their attorneys,

Clark Hill PLC, and pursuant to 735 ILCS 5/15-501 et esq., hereby moves this Court for an

Order of Foreclosure of the property hereinafter described, foreclosure of security agreement,

and breach of guaranty and in support hereof states the following:

### PARTIES

1.      Plaintiff, SILVERLEAF FUNDING LLC AS ASSIGNEE OF WOODBRIDGE

MORTGAGE INVESTMENT FUND 1, LLC ("Plaintiff") is the holder of a Mortgage,

Assignment of Rents, Security Agreement, and Fixture Filing (the "Mortgage") dated February

8, 2013 and recorded February 13, 2013 with the Cook County Recorder of Deeds as Document

No. 1304445006 on the real property to be foreclosed herein as collateral for a Commercial



# EXHIBIT 2

# AFFIDAVIT

On this day 03/02/2014 Edmund J. Rooney acting as Process Server of Case# 03063 Home Electronic Solutions Inc. c/o Derrick Hawthorne Serviced stating by leaving with me a Summons/Verified complaint at 547 N. Avers Chicago, IL 60624 at 9:07 a.m.

I have not been served such summons and or verified complaint from Edmund J. Rooney.

1. I am not a resident of 547 N. Avers Unit 2 Chicago, IL 60624 as Mr. Rooney documents so stated. See Attached Exhibit (A)
   (Affidavit Of Process server)
2. I have been a resident of Indiana for 14 Years. See Attached Exhibit (B)
   (Copy of Indiana State I.D.)
3. On the alleged date of service I was in fact at my place of employment (Sunday March, 2nd 2014) from 8 a.m. to 4 p.m. See Attached Exhibit (3)
   (Employment Work Schedule)

I swear to the best of my knowledge that what I've presented is true in fact, for the purpose of clearing my good name...

On this day the 5th of (January, 2015), before me personally appeared "Rosilyn L. Randall' Hawthorne" being identified by a valid Indiana State I.D. did take an oath and states that he has read the Affidavit and that the contents are true to the best of her knowledge and belief, and signed the documents before me.

_____        1-5-15 RM
Rosilyn L. Randall' Hawthorne            Date

_____        01/05/2015
Notary Public My Commission expires:    Date
              April 27, 2018



OFFICIAL SEAL
LAUREN ASHLEY SKIBINSKI
NOTARY PUBLIC – INDIANA
LAKE COUNTY
My Comm. Expires April 27, 2018

ATTACHED (1)



# Affidavit of Process Server

## Circuit Court of Cook County, Illinois - Chancery Division
(NAME OF COURT)

Silverleaf Funding, LLC. / Woodbridge Mortgage Investment Fund 1,LLC.  vs  Home Electronic Solutions, et al.       14 CH 03063

PLAINTIFF/PETITIONER                                    DEFENDANT/RESPONDENT                              CASE NUMBER

I  Edmund J. Rooney III               , being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served  Home Electronic Solutions, c/o: Derrick Hawthorne
                                                    NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons / Verified Complaint

by leaving with  Rosalyn Hawthorne              Family member /Co- resident                           At
                              NAME                                         RELATIONSHIP

☑ Residence  547 N. Avers, Unit 2                     Chicago, Illinois 60624
                              ADDRESS                                         CITY / STATE

☐ Business _____      _____
                              ADDRESS                                         CITY / STATE

On  March 2, 2014                                      AT  9:07 a.m.
              DATE                                                            TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on  3-3-14
                                                                                                                        DATE

from  Chicago                   IL                   60601
            CITY                      STATE                ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☑ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __13__ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address      ☐ Moved, Left no Forwarding      ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ _____  (2)_____ _____
                                                                              DATE         TIME                    DATE         TIME

(3)_____ _____  (4)_____ _____  (5)_____ _____
          DATE         TIME                    DATE         TIME                    DATE         TIME
**Description:.** Age approx 45 Sex Female Race Black Height_____ Weight_____ Hair_____ Beard_____ Glasses_____

                                                                    E.J. Rooney   FP
                                                                    SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this  3rd.  day of  March          , 20 14 , by E.J. Rooney III          ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

[Notary seal: KATHLEEN A VELDHUIZEN  MY COMMISSION EXPIRES  FEBRUARY 7, 2015  OFFICIAL SEAL  STATE OF ILLINOIS  NOTARY PUBLIC]

                                                                    Kathleen A Veldhuizen
                                                                    SIGNATURE OF NOTARY PUBLIC

                                                                    NOTARY PUBLIC for the state of  Illinois

NAPPS        FORM 2        NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

                                                                    ATTACHED EXHIBIT (A)



*ATTACHED EXHIBIT (B)*

*FRONT OF STATE I.D.*

INTERIM/EXTENSION INDIANA - LEARNER PERMIT     EXPIRES: 08/02/2014

Donald M. Snemis,
Commissioner

**Valid when Presented with Previous Credential**

DLN: XXXX-XX-0266

ROSILYN LYNNETTE RANDAI L-HAWTHORNE
422 DETROIT ST
HAMMOND, IN 463203008X

DATE: 07/03/2014
DOB: 10/26/1972
SEX: F

**RESTRICTIONS: BF**
ENDORSEMENTS: NONE
OPERATOR/BRANCH: VH / HAMMOND STARS
CONTROL NUMBER: 6104892

HEIGHT: 5-3     EYES  BRO
WEIGHT: 210     HAIR: BLK

SIGNATURE:



**CUSTOMER COPY**



BACK OF STATE I.D.



RESTRICTIONS:                    ENDORSEMENTS:   NONE

B - CORRECTIVE LENSES
F - OUTSIDE MIRRORS



Case: 1:16-cv-02934 Document #: 1 Filed: 03/08/16 Page 22 of 50 PageID #:22

1/5/2015 3:03:35 PM

# MY TIMECARD

Loaded: 15:02

Name & ID    RANDALL-HAWTH...    1062518

Time Period    3/02/2014, Specific Date    ▼

**Walgreens** #06564
522 Torrence Ave.
Calumet City, IL, 60409
708-868-5669

SAVE    Actions ▼  Accruals ▼  Approvals ▼

| | Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Shift | Daily | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sun 3/02 | | | 8:24 | | 16:09 | | | | 7:45 | 7:45 | 7:45 |

• • •

**TOTALS & SCHEDULE**  |  ACCRUALS  |  AUDITS  |  SIGN-OFFS, REQUESTS & APPROVALS

All    ▼

| Date | Start Time | End Time | Pay Code | Amount |
|---|---|---|---|---|
| Sun 3/02 | 8:00 | 16:00 | | |

| Account | | Pay Code | Amount |
|---|---|---|---|
| 06564S/10-008/1061560/06564/06564/Technician/- | ◄ | Total Hours | 7:45 |
| 06564S/10-008/1061560/06564/06564/Technician/- | | Regular Hours | 7:45 |

*ATTACHED EXHIBIT (3)*

EXHIBIT 3

<u>7014 0510 0002 3068 4059</u>
Certified Mail Receipt #



# AFFIDAVIT OF CERTIFICATE
## OF NON - RESPONSE

ILLINOIS     STATE   )
                        )     Scilicet
COUNTY of COOK   )

**Re: Affidavit of Notice of Notary Presentment, COPYRIGHT/COPY CLAIM AFFIDAVIT UNDER CONSTRUCTIVE NOTICE with regards to alleged account no. 4136 W. Jackson Blvd. Chicago, IL (State Republic) Near [60624]. Private Notice of Dispute of Debt in the Nature of Request for Discovery to Exhaust Private Administrative Remedy** "Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, *658 F.2h1d, 526,* 536 (7tI Cir. 1981); Cert Denied, *50* U.S. L.W. 2169; 5. Ct. March 22, 1982

That I, **Akief Bey** , a living breathing man , being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.
I, **Akif Bey** , the undersigned, a Third Party, not a party to the matter, certify that a **Affidavit of Notice of Notary Presentment, Copyright/Copy Claim Affidavit Under Constructive Notice with regards to alleged account no. 4136 W. Jackson Blvd. Chicago, IL (State Republic) Near [60624]. Private Notice of Dispute of Debt in the Nature of Request for Discovery to Exhaust Private Administrative Remedy** was sent by the undersigned to SILVERLEAF FUNDING, LLC, AS ASSIGNEE OF WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC. 14225 VENTURA BLVD., SUITE 100, SHERMAN OAKS CA. 91432 : via Registered Mail <u>7014 0510 0002 3068 4059</u> and which was mailed by the undersigned party on 01/20/15.

I certify that I have reviewed the original documents of the above party and the mail receipts, green card(s) for the mailing and the above party's **Affidavit of Notice of Notary Presentment, Copyright/Copy Claim Affidavit Under Constructive Notice with regards to alleged account no. 4136 W. Jackson Blvd. Chicago, IL (State Republic) Near[60624]. Private Notice of Dispute of Debt in the Nature of Request for Discovery to Exhaust Private Administrative Remedy** Per the above document as mailed, request was made to the Respondent to send a RESPONSE being the requested Proof of Claim(s) to the above party. As the **Affidavit of Notice of Notary Presentment, Copyright/Copy Claim Affidavit Under Constructive Notice with regards to alleged account no. 4136 W. Jackson Blvd. Chicago, IL (State Republic) Near [60624]. Private Notice of Dispute of Debt in the Nature of Request for Discovery to Exhaust Private Administrative Remedy**
 was presented, Respondent failed to respond. Affidavit in support of the Non- Response will be executed in the matter.

Therein, no such RESPONSE was sent and/or received at the undersigned's address/office for conclusion the above party's private administrative process. Said RESPONSE was requested within a specific time period (3 DAYS) with an additional 3 days for return mail.

THEREFORE; I, **Akif Bey** certify that the Respondent: **SILVERLEAF FUNDING, LLC, AS ASSIGNEE OF WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC. 14225**

VENTURA BLVD., SUITE 100, SHERMAN OAKS CA. 91432 refused or failed to RESPOND to the above party's Private Affidavit of Notice of Notary Presentment and an Affidavit of Copyright/Copy Claim Under Constructive Notice, Private Notice of Dispute of Debt, and failed to cure and within the time stipulated, under necessity, is in full agreement.

Dated this _16_ day of _February_ , 2015

Without Prejudice

_Darrey Hawthorne_ , Affiant

## ACKNOWLEDGEMENT

As a Notary Public for the State of Illinois, I do hereby certify that on this _5_ day of _February_ 2015 that _Darrey Hawthorne_ , the above mentioned, appeared before me and executed the foregoing.

Witness my hand and seal:

_Akif Bey_
Signature of Notary Public

Return:
Notary Public
c/o Darrey Hawthorne
Akif Bey
611 Yates
Calumet, IL 60409

OFFICIAL SEAL
AKIF BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/15



Certified Mail Receipt #

## AFFIDAVIT OF CERTIFICATE
## OF NON - RESPONSE
NOTICE OF FAULT AND OPPORTUNITY TO CURE

ILLINOIS    STATE  )
                   )        Scilicet
COUNTY of  COOK    )

**Re: Affidavit of Notice of Notary Presentment, COPYRIGHT/COPY CLAIM AFFIDAVIT UNDER CONSTRUCTIVE NOTICE/ NOTICE OF DEFAULT AND OPPORTUNITY TO CURE with regards to alleged account no. 4136 W. Jackson Blvd. Chicago, IL (State Republic) Near [60624]. Private Notice of Dispute of Debt in the Nature of Request for Discovery to Exhaust Private Administrative Remedy dated:** ___02/18/2015___
"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, *658* **F.2h1d,** *526.* 536 (7tl Cir. 1981); Cert Denied, *50* U.S. L.W. 2169; 5. Ct. March 22, 1982

That I, **Akief Bey** , a living breathing man , being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.
I, **Akif Bey** , the undersigned, a Third Party, not a party to the matter, certify that a **Affidavit of Notice of Notary Presentment, Copyright/Copy Claim Affidavit Under Constructive Notice/ NOTICE OF DEFAULT AND OPPORTUNITY TO CURE with regards to alleged account no. 4136 W. Jackson Blvd. Chicago, IL (State Republic) Near [60624]. Private Notice of Dispute of Debt in the Nature of Request for Discovery to Exhaust Private Administrative Remedy** was sent by the undersigned to **SILVERLEAF FUNDING, LLC, AS ASSIGNEE OF WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC.** 14225 VENTURA BLVD., SUITE 100, SHERMAN OAKS CA. 91432; via Certified Mail 7014 0410 0002 3003 9137 and which was mailed by the undersigned party on ___01/06/2015___ .
I certify that I have reviewed the original documents of the above party and the mail receipts, green card(s) for the mailing and the above party's **Affidavit of Notice of Notary Presentment, Copyright/Copy Claim Affidavit Under Constructive Notice/ NOTICE OF DEFAULT AND OPPORTUNITY TO CURE with regards to alleged account no. 4136 W. Jackson Blvd. Chicago, IL (State Republic) Near [60624]. Private Notice of Dispute of Debt in the Nature of Request for Discovery to Exhaust Private Administrative Remedy** Per the above document as mailed, request was made to the Respondent to send a RESPONSE being the requested Proof of Claim(s) to the above party. As the **Affidavit of Notice of Notary Presentment, Copyright/Copy Claim Affidavit Under Constructive Notice/ NOTICE OF DEFAULT AND OPPORTUNITY TO CURE with regards to alleged account no. 4136 W. Jackson Blvd. Chicago, IL (State Republic) Near [60624]. Private Notice of Dispute of Debt in the Nature of Request for Discovery to Exhaust Private Administrative Remedy** was presented, Respondent failed to respond. Affidavit in support of the Non- Response will be executed in the matter.

Therein, no such RESPONSE was sent and/or received at the undersigned's address/office for conclusion the above party's private administrative process. Said RESPONSE was requested within a specific time period (3 DAYS) with an additional *3* days for return mail.

THEREFORE; I, **Akif Bey** certify that the Respondent: **SILVERLEAF FUNDING, LLC, AS ASSIGNEE OF WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC.** 14225 VENTURA BLVD., SUITE 100, SHERMAN OAKS CA. 91432 refused or failed to RESPOND to the above party's Private Affidavit of Notice of Notary Presentment and an Affidavit of Copyright/Copy Claim Under Constructive Notice, Private Notice of Dispute of Debt, and failed to cure and within the time stipulated, under necessity, is in full agreement.

Dated this _23_ day of _February_ , 2015

Without Prejudice

_____, Affiant

## ACKNOWLEDGEMENT

As a Notary Public for the State of Illinois, I do hereby certify that on this _23_ day of
_February_ 2015 that _Darrey Hawthorne_ , the above mentioned,
appeared before me and executed the foregoing.

Witness my hand and seal:

_____
Signature of Notary Public

Return:
Notary Public
c/o Darrey Hawthorne
Akif Bey
611 Yates
Calumet, IL 60409

OFFICIAL SEAL
AKIF BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/15



Certified Mail No. _7012 2420 0000 0430 1244_          Date: _03/06/2015_

## AFFIDAVIT OF NOTICE OF NOTARY PRESENTMENT, COPYRIGHT/COPY CLAIM
## AFFIDAVIT UNDER CONSTRUCTIVE NOTICE
## NOTICE OF DEFAULT

Officer in Charge:
SILVERLEAF FUNDING, LLC
WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC
14225 VENTURA BLVD., SUITE 100
SHERMAN OAKS, CA 91423

RE: 4136 W. Jackson Blvd., Chicago, Illinois 60624

Dear Principal Officer:

On this _6th_ day of _March_ , 2015, the undersigned Secured Party caused to be sent to you a **Affidavit of Notice of Notary Presentment, COPYRIGHT/COPY CLAIM AFFIDAVIT UNDER CONSTRUCTIVE NOTICE, NOTICE OF DEFAULT with regards to alleged account no. 4136 W. Jackson Blvd. Chicago, IL 60624. Private Notice of Dispute of Debt in the Nature of Request for Discovery to Exhaust Private Administrative Remedy** dated: _2/25/15_ , 2015.

You failed to perform after receiving these presentments **from Derrick Hawthorne, and you failed to perform by providing the requested and necessary Proof in regards to Notice of Dispute of Debt Claim after receiving the said COPYRIGHT/COPY CLAIM AFFIDAVIT UNDER CONSTRUCTIVE NOTICE** from the undersigned.

As the Respondent, you are now in Default and you are in agreement and have stipulated to the terms of the undersigned's dated presentment through your dishonor. You have the right to cure this fault and perform according to said terms within the 1 (24hrs) from the postmark of this Notice.

Should you fail to cure your fault, I will establish an affidavit of fault, agreement and failure to contest acceptance and obtain a AFFIDAVIT OF CERTIFICATE OF NON- RESPONSE pursuant to and relative to UCC, State Statute and otherwise. Thank you for your prompt attention to this matter.

Sincerely,
Without Prejudice
Authorized representative, Darrey Hawthorne

_Darrey S._____          _Akif Bey_
Secured Party, Creditor          Notary

Return:
Akif Bey          _4/27/15_
Notary Public          Commission Expires
c/o Darrey Hawthorne
611 Yates
Calumet, IL 60409

OFFICIAL SEAL
AKIF BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/15



Certified Mail No. _7012 1010 0000 4555 2463_          Date: _3/22/2015_

## AFFIDAVIT OF NOTICE OF NOTARY PRESENTMENT, COPYRIGHT/COPY CLAIM AFFIDAVIT UNDER CONSTRUCTIVE NOTICE
### NOTICE OF DEFAULT

Officer in Charge:
SILVERLEAF FUNDING, LLC
WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC
14225 VENTURA BLVD., SUITE 100
SHERMAN OAKS, CA 91423

RE: 4136 W. Jackson Blvd., Chicago, Illinois 60624

Dear Principal Officer:

On this _22_ day of _March_ , 2015, the undersigned Secured Party caused to be sent to you a **Affidavit of Notice of Notary Presentment, COPYRIGHT/COPY CLAIM AFFIDAVIT UNDER CONSTRUCTIVE NOTICE, NOTICE OF DEFAULT with regards to alleged account no. 4136 W. Jackson Blvd. Chicago, IL 60624. Private Notice of Dispute of Debt in the Nature of Request for Discovery to Exhaust Private Administrative Remedy** dated: _2/25/_ , 2015.

You failed to perform after receiving these presentments **from Derrick Hawthorne, and you failed to perform by providing the requested and necessary Proof in regards to Notice of Dispute of Debt Claim after receiving the said COPYRIGHT/COPY CLAIM AFFIDAVIT UNDER CONSTRUCTIVE NOTICE** from the undersigned.

As the Respondent, you are now in Default and you are in agreement and have stipulated to the terms of the undersigned's dated presentment through your dishonor. You have the right to cure this fault and perform according to said terms within the 1 (24hrs) from the postmark of this Notice.

Should you fail to cure your fault, I will establish an affidavit of fault, agreement and failure to contest acceptance and obtain a AFFIDAVIT OF CERTIFICATE OF NON- RESPONSE pursuant to and relative to UCC, State Statute and otherwise. Thank you for your prompt attention to this matter.

Sincerely,
Without Prejudice
Authorized representative Darrey Hawthorne

_Darrey Hunter_                          _Akif Bey_
Secured Party, Creditor                  Notary

Return:
Akif Bey
Notary Public                            _4/27/15_
c/o Darrey Hawthorne                     Commission Expires
611 Yates
Calumet, IL 60409

OFFICIAL SEAL
AKIF BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/15

**Receipt 1**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

SHERMAN OKS CA 91423

Postage $ $5.75
Certified Fee $3.30
Return Receipt Fee (Endorsement Required) $2.70
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $ $11.75

Postmark Here  02/1  08  01/20/2015

7014 0510 0002 3068 4159

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Silverleaf funding, LLC as
Assignee of woodbridge
Mortgage Investment fund
1, LLC
14225 Ventura Blvd, Ste 100
Sherman Oaks, CA 91423

2. Article Number (Transfer from service label)   7014 0510 0002 3068 4159

PS Form 3811, July 2013    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature  X ____  □ Agent  □ Addressee
B. Received by (Printed Name)  Kam Hafel  C. Date of Delivery
D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
   ☑ Certified Mail®   □ Priority Mail Express™
   □ Registered   □ Return Receipt for Merchandise
   □ Insured Mail   □ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   □ Yes

---

**Receipt 2**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

SHERMAN OKS CA 91423

0804  18  03/12/20

Postage $ $5.75
Certified Fee $3.30
Return Receipt Fee (Endorsement Required) $2.70
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $ $11.75

7012 2920 0000 6936 1244

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Silverleaf funding LLC,
woodbridge mortgage INVESTMENT FUND
1, LLC
14225 Ventura, Blud, Suite 100
Sherman Oaks, CA 91423

2. Article Number (Transfer from service label)   7012 2920 0000 6936 1244

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-

COMPLETE THIS SECTION ON DELIVERY

A. Signature  X ____  □ Agent  □ Addressee
B. Received by (Printed Name)  Kam Hafel  C. Date of Delivery
D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
   □ Certified Mail   □ Express Mail
   □ Registered   □ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

---

**Receipt 3**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here  02/1  08  02/17/2015

7012 1010 0000 4555 2401

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Silverleaf Funding, LLC
woodbridge mortgage Investment
Fund 1, LLC
14225 Ventura Blud. Suite 100
Sherman Oaks, CA 91423

2. Article Number (Transfer from service label)   7012 1010 0000 4555 2401

PS Form 3811, July 2013    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature  X ____  □ Agent  □ Addressee
B. Received by (Printed Name)  Kam Hafel  C. Date of Delivery
D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
   ☑ Certified Mail®   □ Priority Mail Express™
   □ Registered   □ Return Receipt for Merchandise
   □ Insured Mail   □ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   □ Yes

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SHERMAN OAKS CA 91423

| | | |
|---|---|---|
| Postage | $ | $0.49 | 0241 |
| Certified Fee | | $3.30 | |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | 2015 |
| Total Postage & Fees | $ | $6.49 | 03/24/2015 |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                See Reverse for Instructions

# EXHIBIT 4

| State of Illinois | ) |
|---|---|
| | ) ss |
| County of Cook | ) |

Doc#: 1530013030 Fee: $42.0
RHSP Fee:$9.00 RPRF Fee: $1.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 10/27/2015 09:49 AM Pg: 1 of 3

September 24, 2015

To: WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC
  14225 VENTURA BLVD, STE. 100
  SHERMAN, OAKS CA 91423

Re: **Exercise of the Right to Rescind**

To whom it may concern:

Take notice that I Derrick Hawthorne **RESCIND** the entire consumer credit transaction including, but not limited to: anything relating to and/or showing in the Cook County Recorder of Deeds historical records purporting any assumed security interest in or connected to property commonly identified as 4136 W. Jackson Blvd. Chicago, Illinois 60624; Permanent Index Number: 16-15-214-030-0000; appurtenances attached hereto; and/or any subsequent amendments or supplements adding or modifying the original consumer security instrument.

I, Derrick Hawthorne specifically deny that Woodbridge Mortgage Investment Fund 1, LLC delivered requisite information and rescission forms required together with a statement containing accurate material disclosure of the transaction in a separate document identifying the transaction clearly and conspicuously.

This recession is proper, timely, and supported pursuant to the Federal Truth in Lending Act (TILA). Pursuant TILA the right of rescission applies to both open-end (§226.15) and closed-end (§226.23) consumer credit transactions secured by the consumer's principal dwelling, whether or not explicitly described as such.

The exercise of the RIGHT TO RESCIND by Derrick Hawthorne shall be immediately and irrevocably effective to withdraw any construed or implied transactions assumed as to all consumers relating to this alleged consumer credit transaction and I specifically deny such right was waived. See *Jesinoski v. Countrywide Home Loans, Inc.,* 135 S. Ct. 790 - Supreme Court 2015.

2



**Within 20 calendar days** after receipt of this notice of rescission, Woodbridge Mortgage Investment Fund 1, LLC shall return (lawful) money, property or any value that has been generally given to anyone in connection with the transaction and shall take any action necessary to reflect the termination of the security interest.

**I RESCIND.**

Date: 9/24/2015                                   Consumer Signature: _Derrick Hunter_

CC:     SILVERLEAF FUNDING, LLC
        14225 VENTURA BLVD, STE. 100
        SHERMAN, OAKS CA 91423

Signed and sworn (or affirmed) to before me on September 24, 2015 by _Derricie Hawthorne_ , who sufficiently proved she is the woman making the statements herein.
Printed name of the Notary _Akif Bey_
Signature of the Notary _a. Bey_
        (Seal)

OFFICIAL SEAL
A BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/13/19

State of ILLINOIS
County of COOK

I, _Akif Bey_ , a notary public, do certify that on this _12th_ day of _January_ , 20_16_, I carefully compared the attached copy of Certified Notice of Rescission the original. It is a complete and true copy of the original document.

OFFICIAL SEAL
A BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/13/19

Notary PubliC: _a. Bey_
                SIGNATURE

Notary Public: _Akif Bey_
                Printed

3

# EXHIBIT 5

State of Illinois          )
                           ) ss
County of Cook             )

Doc#:  1530013030 Fee: $42.0
RHSP Fee:$9.00 RPRF Fee: $1.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 10/27/2015 09:49 AM Pg: 1 of 3

September 24, 2015

To: WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC
    14225 VENTURA BLVD, STE. 100
    SHERMAN, OAKS CA 91423

Re: Exercise of the Right to Rescind

To whom it may concern:

Take notice that I Derrick Hawthorne **RESCIND** the entire consumer credit transaction including, but not limited to: anything relating to and/or showing in the Cook County Recorder of Deeds historical records purporting any assumed security interest in or connected to property commonly identified as 4136 W. Jackson Blvd. Chicago, Illinois 60624; Permanent Index Number: 16-15-214-030-0000; appurtenances attached hereto; and/or any subsequent amendments or supplements adding or modifying the original consumer security instrument.

I, Derrick Hawthorne specifically deny that Woodbridge Mortgage Investment Fund 1, LLC delivered requisite information and rescission forms required together with a statement containing accurate material disclosure of the transaction in a separate document identifying the transaction clearly and conspicuously.

This recession is proper, timely, and supported pursuant to the Federal Truth in Lending Act (TILA). Pursuant TILA the right of rescission applies to both open-end (§226.15) and closed-end (§226.23) consumer credit transactions secured by the consumer's principal dwelling, whether or not explicitly described as such.

The exercise of the RIGHT TO RESCIND by Derrick Hawthorne shall be immediately and irrevocably effective to withdraw any construed or implied transactions assumed as to all consumers relating to this alleged consumer credit transaction and I specifically deny such right was waived. See *Jesinoski v. Countrywide Home Loans, Inc.*, 135 S. Ct. 790 - Supreme Court 2015.

2

Within 20 calendar days after receipt of this notice of rescission, Woodbridge Mortgage Investment Fund 1, LLC shall return (lawful) money, property or any value that has been generally given to anyone in connection with the transaction and shall take any action necessary to reflect the termination of the security interest.

I RESCIND.

Date: 9/24/2015                                    Consumer Signature: _Derrick Hunt_

CC:     SILVERLEAF FUNDING, LLC
        14225 VENTURA BLVD, STE. 100
        SHERMAN, OAKS CA 91423

Signed and sworn (or affirmed) to before me on September 24, 2015 by _Derricio Hawthorne_, who sufficiently proved she is the woman making the statements herein.
Printed name of the Notary _Akif Bey_
Signature of the Notary _a. Bey_
        (Seal)

OFFICIAL SEAL
A BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 01/13/19

State of ILLINOIS
County of COOK

I, _Akif Bey_, a notary public, do certify that on this _12th_ day of _January_, 20_16_. I carefully compared the attached copy of Certified Notice of Rescission the original. It is a complete and true copy of the original document.

OFFICIAL SEAL
A BEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 01/13/19

Notary Public: _a Bey_
                SIGNATURE

Notary Public: _Akif Bey_
                Printed

*3*

IT IS FURTHER ORDERED THAT SERVICE LIST, alleged Plaintiff(s), its officers, agents, servants, and employees, and all other persons or entities in active concert or participation with any of them who receive actual notice of this Order, whether acting directly or indirectly, in connection with collecting and furnishing forms in connection with any related collection activities, SHALL CEASE AND DESIST. ANY continuation or act proceeding after this notice will operate as express agreement subject the party so doing to liabilities

By: *Ramessu-ali: Bey © 2015*

Ramessu-Ali: Bey® 2015
Executor/Secured Party/Creditor/Settlor and Sender
Pursuant to U.C.C. § 1-103, 1-105, 1-308, 3-419

# EXHIBIT 6

Shefsky *has joined*
& Froelich
*Attorneys at Law*

Taft/

111 East Wacker, Suite 2800
Chicago, Illinois 60601

Tel 312.527.4000 / Fax 312.527.4011
www.taftlaw.com

**Nidhi Srivastava**
Direct Dial: (312) 836-4022
Litigation Fax: (312) 527-4011
E-Mail: nsrivastava@taftlaw.com

Reference No.
INV08-GN011

March 2, 2016

Inverse Asset Fund, LLC
13492 Research Boulevard
Suite 105-515
Austin, Texas 78750
(512) 238-3018

To Whom It May Concern:

　　Joseph DeBella, Jr. from New Plan Inc. is authorized to act on Inverse Asset Fund, LLC's behalf concerning the properties owned by Inverse Asset Fund, LLC. Feel free to contact him with any questions at (312) 217-5101.

Signed,

Inverse Asset Fund, LLC

Nidhi Srivastava
Attorney for Inverse Asset Fund, LLC

## DUPLICATE JUDICIAL SALE DEED

THE GRANTOR, **INTERCOUNTY JUDICIAL SALES CORPORATION**, an Illinois Corporation, pursuant to and under the authority conferred by the provisions of a Judgment of Foreclosure and Sale and an Order Appointing Selling Officer entered by the Circuit Court of Cook County, Illinois on September 19, 2014 in Case No. 14 CH 3063 entitled Silverleaf Funding LLC vs. HOME ELECTRONIC SOLUTIONS, INCORPORATED and pursuant to which the mortgaged real estate hereinafter described was sold at public sale by said grantor on November 7, 2014, does hereby grant, transfer and convey to **Inverse Asset Fund LLC** the following described real estate situated in the County of Cook, State of Illinois, to have and to hold forever:



Doc#: 1530234055 Fee: $42.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Affidavit Fee: $2.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 10/29/2015 02:56 PM Pg: 1 of 3

### SEE RIDER ATTACHED HERETO AND MADE A PART HEREOF

In Witness Whereof, said Grantor has caused its name to be signed to these presents by its President, and attested to by its Secretary, this October 21, 2015.                    INTERCOUNTY JUDICIAL SALES CORPORATION

Attest _____          _____
            Secretary                             President

State of Illinois, County of Cook ss, This instrument was acknowledged before me on October 21, 2015 by Andrew D. Schusteff as President and Frederick S. Lappe as Secretary of **Intercounty Judicial Sales Corporation.**

_____
Notary Public

> OFFICIAL SEAL
> DAVID OPPENHEIMER
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:04/17/17

Prepared by A. Schusteff, 120 W. Madison St, Chicago, IL 60602.

Exempt from tax under 35 ILCS 200/31-45(1) _____, October 21, 2015.

## STATEMENT BY GRANTOR AND GRANTEE

The grantor or its agent affirms that, to the best of their knowledge, the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated: October 27, 2015            Signature: _____
                                               Grantor or Agent

Subscribed and sworn to before
me by the said Agent,
this 27th day of October , 2015.

_____
Notary Public

> "OFFICIAL SEAL"
> PATRICIA BOSKEY
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 2/24/2018

The grantee or its agent affirms and verifies that the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois.

Dated: October 27, 2015            Signature: _____
                                               Grantee or Agent

Subscribed and sworn to before
me by the said Agent,
this 27th day of October , 2015.

_____
Notary Public

> "OFFICIAL SEAL"
> PATRICIA BOSKEY
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 2/24/2018

NOTE:    Any person who knowingly submits a false statement concerning the identity of a grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to deed or ABI to be recorded in Cook County, Illinois, if exempt under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)

13878887_1.doc

Rider attached to and made a part of a Judicial Sale Deed dated October 21, 2015 from INTERCOUNTY JUDICIAL SALES CORPORATION to Inverse Asset Fund LLC and executed pursuant to orders entered in Case No. 14 CH 3063.

LOT 34 IN BLOCK 7 IN W.M. DERBY'S SUBDIVISION OF THE NORTHEAST QUARTER OF SECTION 15, TOWNSHIP 39 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as 4136 West Jackson Blvd., Chicago, IL 60624

P.I.N. 16-15-214-030

Grantee's Contact Information:

Inverse Asset Fund LLC
13492 Research Blvd., Suite 105-515
Austin, TX 78750
Attn: Scott Carson

City of Chicago
Dept. of Finance
**696566**

10/28/2015 15:23
37874

Real Estate
Transfer
Stamp
**$0.00**

Batch 10,731,262

RETURN TO:

Brianna M. Sansone, Esq.
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601

MAIL TAX BILLS TO:

Inverse Asset Fund LLC
13492 Research Blvd., Suite 105-515
Austin, TX 78750



New Plan, Inc.
'We Make It Happen'

Joseph DeBella, Jr.
Real Estate Investor

General Contractor
Home Repair Consultant
P.O. BOX 14107
Chicago, Illinois, 60614-0107
312-217-5101
For all your housing needs
e-mail: newplaninc@me.com

Sunday, August 2 2015

Hello,

My name is Robert Woods. I represent the new owners of 4136 W. Jackson.

Please give me a call to discuss your lease, rents, and desire to continue living in the building.

Regards,

Robert Woods

(818) 404-5065

I DO NOT RECOGNIZE (OR UNDERSTAND) (STAND UNDER) OR HAVE AN INTERNATIONAL TREATY WITH YOU... NO ASSURED VALUE!!! NO LIABILITY!!! TITLE 18 USC 241, 242

# EXHIBIT 7

**Non-Negotiable**

Doc#: 1500944070 Fee: $68.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 01/09/2015 03:22 PM Pg: 1 of 4

## [A]FFIDAVIT / NOTICE

### NOTICE TO AGENTS IS NOTICE TO PRINCIPALS IN THEIR PRIVATE CAPACITY
### NOTICE TO PRINCIPALS IS NOTICE TO AGENTS IN THEIR PRIVATECAPACITY

### APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

### <u>SILENCE IS ACQUIESCENCE</u>

### NO INFRINGEMENT OF / ON or TO OCCUPANTS

Notice To:

Now Comes Derrick Hawthorne giving notice to: Cook County Sheriff's Department, FBI, State of Illinois, any and all, alleged, Law Enforcement Agencies, Chicago Police Department, Illinois Department of Transportation, All Lending Institutions and their Agents, ("Third Party Debt Collectors") Legal Authorities, to be further named Banks and/or Bar institutions that act under the color of Law. There will not be any infringement upon the rights of any of the occupants of any of the properties belonging or pertaining to Hawthorne, Derrick Adverse if any of the Aforementioned Agencies or Alleged Legal Entities move against, the occupants under these business you will be in violation of the Constitution as well as the Illinois Constitution.

If you or any of your subordinate companies, corporations, or alleged legal Agencies Violate the rights of any of the People who Occupy these various properties throughout the Counties of Cook, and other Counties not yet mentioned as well as within the State of Illinois, there will be a fine of **$500,000.00 per** head of each man, child, woman, or baby occupants dwelling within the properties of:

LOT 34 BLOCK 7 IN W. M. DERBY'S SUBDIVISION OF NORTHWEST QUARTER OF SECTION 15, TOWNSHIP 39 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, ILLINOIS COMMONLY KNOWN AS: 4136 W. Jackson Blvd. Tax Pin # 16-15-214-030-0000
Chicago, Illinois 60624

I hereby swear and affirm that **I** have continuously and peacefully possessed the above described property since the _April 13th, 2010_ to the exclusion of all others:

My claim is based upon my actual and visible appropriation and possession of the above mentioned property, Hereby being, open and notorious, and peaceably possession of the above mentioned property. Hereby being, open and notorious, and peaceably possessing it due to abandonment , also whereby I intend to continue to enjoy and make further improvements, as this is my personal dwelling by adverse

possession. Financial penalties are not going to remain the same and will exceed over various lengths of time through the process of Rehabilitation of the aforementioned property.

**CAVEAT:**

**No Infringement Clause:** Now that I possess this property on this date of June 27th, 2011 there will be no infringement upon the rights of the Individual occupying this property. Anyone violating this request by confiscation or trespassing onto this property for any illegal and/or alleged legal purposes shall pay a penalty of **$500,000.00** per head of each occupant for violations pertaining to criminal and civil damages thereof. The day that you have received this Affidavit by way of mail you have agreed to terms set forth herein hereto. **This is to all alleged Local and Federal law Enforcement officials. This is a Self Executing Contract. You have 3 days to respond, and/or Rebut this Affidavit Fully.**

I will pay the taxes that are associated with the above described property while this property is in my possession. **The occupants of these properties are Trustees of Adverse Charitable Trust.**

This affidavit is given to notify any and all interested party or parties that I have taken adverse possession and I am claiming ownership of the above described property peaceably.

Affiant, _Derrick Hawthorne_, having read the foregoing and understanding the tenor of the same do hereby verify that the factual averments, statements and attachments are true, correct, certain, complete and accurate to the best of my personal knowledge and information. That the above statement of facts are made under the penalty of perjury of the laws of the United States of America.

All Rights Reserved with Honor and
("Without Prejudice UCC 1-207/1-308")

_Darrey Hawthorne_
Darrey Hawthorne
In Propria Persona Sui Juris / All Rights Reserved
Secured Party Creditor / Holder in due Course

SUBSCRIBED AND SWORN TO BEFORE ME on this _9_ day of _January_, 2015, a Notary

Public for _Lake_ County ~~of Illinois~~ Indiana to certify by which the above-named Affiant

_Darrey Hawthorne_, witness my hand and official seal.

_Notary Public_

YISHMAEL YISRAEL SULLIVAN
Notary Public - Seal
State of Indiana
My Commission Expires Jan 28, 2021

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

1. Article Addressed to:

Police Department
3510 S, Michigan Ave
Chicago, FL 60653

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

*Chicago Police Department*
*10 S. Michigan Ave.*
*Chicago, Il 60603*

3. Service Type
☐ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*

7014 0510 0002 3068 4142

PS Form 3811, July 2013 — Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

1. Article Addressed to:

F.B.I
2111 W. Roosevelt RD.
Chicago, FL 60608

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*

7014 0510 0002 3068 4135

PS Form 3811, July 2013 — Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Kimberly Myers* ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery
*K Myers* | *1-2015*

1. Article Addressed to:

Cook County Sheriff's
50 w. Washington Blvd.
Chicago FL 60602 St, #701

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*

7014 0510 0002 3068 4128

UNITED STATES POSTAL SERVICE
IL 604
15 JAN '15
PM 8 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Darrey Hawthorne
4136 W. Jackson Blvd.
Chicago IL 60624

UNITED STATES POSTAL SERVICE
IL 604
16 JAN '15
PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Darrey Hawthorne
4136 W. Jackson Blvd.
Chicago, IL 60624

UNITED STATES POSTAL SERVICE
IL 604
20 JAN '15
PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Darrey Hawthorne
4136 W. Jackson Blvd.
Chicago, FL 60624